IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHILLIP J. CAPECE,

    Plaintiff,

  v.

THE UNITED STATES OF AMERICA,

    Defendant.

05cv1256
**Electronically Filed**

### ORDER

The court has been advised by counsel that the above-captioned action has been settled and that all claims in the within action, have been compromised. It is hereby ORDERED that the Clerk mark the above-captioned case dismissed, with prejudice.

IT IS FURTHER ORDERED that the court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

s/Francis X. Caiazza
Francis X. Caiazza
United States District Judge

cc:
Mark S. Gervelis, Esquire
Lee J. Karl-AUSA